IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COURTNEY SMITH, #181090,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 19-857-CG-N |
| | ) |
| **ASHLEY KIDD, et al.** | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that the Eighth Amendment claim against Defendant Kidd based on Plaintiff's administrative segregation confinement from December 2, 2018 to February 13, 2019 when he was reclassified be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim upon which relief can be granted, with leave to amend for the purpose of stating a claim against Defendant Kidd based on this period of administrative segregation confinement. It is further **ORDERED** that the other claims in this action against Defendant Ashley Kidd and Defendant Darren Wright be and are

hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

    **DONE** and **ORDERED** this the 28th day of September, 2021.

                              /s/ Callie V. S. Granade
                              SENIOR UNITED STATES DISTRICT JUDGE