IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COURTNEY SMITH, #181090, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 19-857-CG-N |
| | ) |
| ASHLEY KIDD, et al. | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that the Eighth Amendment claim against Defendant Kidd based on Plaintiff's administrative segregation confinement from December 2, 2018 to February 13, 2019 when he was reclassified be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii) for failure to state a claim upon which relief can be granted, with leave to amend for the purpose of stating a claim against Defendant Kidd based on this period of administrative segregation confinement.  It is further **ORDERED** that the other claims in this action against Defendant Ashley Kidd and Defendant Darren Wright be and are hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** and **ORDERED** this the 28th day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE