## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **COURTNEY M. SMITH. #181090,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-857-CG-N |
| | ) |
| **ASHLEY KIDD,** *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. The Court hereby **ABSTAINS** from Smith's fourth amended complaint, and pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), **DENIES** the fourth amended complaint. (Doc. 30, PageID.132).

**DONE** and **ORDERED** this 21st day of November, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE